ARCHIBALD McNEIL, JR., v. MONROE M. GOLDSTEIN.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WITCOMBE, McGEACHIN & Co., INC., v. SCHULTE REAL ESTATE COMPANY, INC.— Motion for leave to appeal to the Court of Appeals and for an extension of time denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Widening of Allen Street, etc. In the Matter of the Application of FANNIE SIEGEL, as Executrix, etc., to Vacate Order Dated July 14, 1932, and for Order Directing the Chamberlain to Pay to Said FANNIE SIEGEL, etc., One-third of the Award Made. FANNIE SIEGEL, as Executrix, etc., and Another. DAVID SUIB and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by said Fannie Malzman, as administratrix, etc., of the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

OTIS ELEVATOR COMPANY v. JACOB SAGAT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS LEVINSON and Others v. BERNARD SHAPIRO.— Motion for reargument denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BERNARD K. MARCUS and Others, Defendants, Impleaded with C. STANLEY MITCHELL, JOSEPH BROWN, JAC L. HOFFMAN, DAVID TISHMAN, EDWARD B. LEWIS and ARTHUR W. LITTLE, Appellants.— Orders affirmed, with twenty dollars costs and disbursements to the respondent against the appellants except Edward B. Lewis. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [146 Misc. 240.]

ELSIE JANE LOW, Respondent, v. ATWATER TAXI CORPORATION, Defendant, Impleaded with THE CITY OF NEW YORK, Appellant. HARRY M. W. LOW, Respondent, v. ATWATER TAXI CORPORATION, Defendant, Impleaded with THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN POWERS, Appellant, Impleaded with WALTER SMITH and THOMAS QUINN, Defendants.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEMOLE, Alias GEORGE MARTINI, Appellant, Impleaded with HARRY A. GERBER, Defendant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEMOLE, Alias GEORGE MARTINI, Defendant, Impleaded with HARRY A. GERBER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.